7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Kris Allan Bartlett and April L Bartlett
*Debtor*

*Bankruptcy Case No.*
12−62076−abf7

**Janet Gourley**
    Plaintiff(s)

*Adversary Case No.*
13−06011−abf

v.

**Kris Allan Bartlett**
**April L Bartlett**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That the debt owed by Defendants to Plaintiff in the amount of $175,137.13 is non−dischargeable as a result of being fraudulently obtained and, therefore, Judgment is entered in favor of the plaintiff Janet Gourley and against the Defendants Kris Allan and April L. Bartlett in the amount of $175,137.13, together with interest at the legal rate since February 10, 2010.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 6/6/13

Court to serve